# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PAULO PALOMERO ALMEJO<br><br>Defendant. | NO. CR05-344-JCC<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on March 15, 2010. The United States was represented by Assistant United States Attorney Douglas Whalley, and the defendant by Gabriel I. Banfi. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846.. On or about July 21, 2005, defendant was sentenced by the Honorable John C. Coughenour to a term of thirty-six (36) months in custody, to be followed by two (2) years supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, financial disclosure, search, and not to reenter the United States without permission if deported.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1    In a Petition for Warrant or Summons dated January 22, 2010, U.S. Probation Officer
2 Kathi Jo Stringer asserted the following violations by defendant of the conditions of his
3 supervised release:

4    1)   Committing the crime of Unlawful Reentry After Deportation, on or before
5         September 9, 2009, in violation of the general condition that he not commit
6         another federal, state or local crime.

7    On March 3, 2010, defendant made his initial appearance.  The defendant was advised
8 of the allegations and advised of his rights.  On March 15, 2010, this matter came before the
9 Court for an evidentiary hearing.  Defendant admitted to violation 1.

10   I therefore recommend that the Court find the defendant to have violated the terms and
11 conditions of his supervised release as alleged in violation 1, and that the Court conduct a
12 hearing limited to disposition.  A disposition hearing on these violation has been set before the
13 Honorable John C. Coughenour on March 26, 2010 at 9:00 a.m.

14   Pending a final determination by the Court, the defendant has been detained.

15   DATED this 15th day of March, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          Honorable John C. Coughenour
      AUSA:                    Douglas Whalley
      Defendant's attorney:    Gabriel Banfi
      Probation officer:       Kathi Jo Stringer

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2